# United States District Court
## Violation Notice

003

1:24cr102 HSO

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| SM9 | 9187510 | Utton | U4101 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 02/26/2024 | 97-9-73 |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

Place of Offense

Bldg 701 Sablich Center

Offense Description: Factual Basis for Charge     HAZMAT ☐

Obstructing the administration of justice or resisting arrest.

**DEFENDANT INFORMATION**   Phone: (    )

| Last Name | First Name | M.I. |
|---|---|---|
| Crawford | Keith | |

Street Address: 8279 Mossberg Ln

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Theodore | AL | 36582 | 11/15/1966 |

Drivers License No. | CDL ☐ | D.L. State | Social Security No. 424025549

☒ Adult  ☐ Juvenile    Sex ☒ Male ☐ Female    Hair    Eyes   Height 73in   Weight 250 lbs

**VEHICLE**   VIN:                                                       CMV ☐

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500   Forfeiture Amount
   + $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 530   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance...)

---

Crawford, Keith #9187510-Obstructing the Admin of Justice/Resisting Arrest.

§ 97-9-73. Resisting or obstructing arrest; fleeing or eluding law enforcement officer in motor vehicle.

It shall be unlawful for any person to obstruct or resist by force, or violence, or threats, or in any other manner, his lawful arrest or the lawful arrest of another person by any state, local or federal law enforcement officer, and any person or persons so doing shall be guilty of a misdemeanor, and upon conviction thereof, shall be punished by a fine of not more than Five Hundred Dollars ($500.00), or by imprisonment in the county jail not more than six (6) months, or both.

*Redacted for Discovery*

001

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| SM9 | 9187513 | Utton | U4101 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged  ☐ CFR  ☐ USC  ☒ State Code |
|---|---|
| 02/26/2024 | 97-35-13 |

**Place of Offense:** Bldg 701 Sablich Center

**Offense Description Factual Basis for Charge:** Disturbance of peace and safety in public place

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Crawford | Keith | |

**Street Address:** 8279 Mossberg Ln

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Theodore | AL | 36582 | 11/15/1966 |

**Social Security No:** 424 02 5549

☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female

**Height:** 73 in   **Weight:** 250 lb

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 500 Forfeiture Amount
+ $30 Processing Fee
$ 530 Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

---

Crawford, Keith #9187513-Disturbance of Peace and safety in a Public Place

### § 97-35-13. Disturbance in public place.

Any person who shall enter any public place of business of any kind whatsoever, or upon the premises of such public place of business, or any other public place whatsoever, in the State of Mississippi, and while therein or thereon shall create a disturbance, or a breach of the peace, in any way whatsoever, including, but not restricted to, loud and offensive talk, the making of threats or attempting to intimidate, or any other conduct which causes a disturbance or breach of the peace or threatened breach of the peace, shall be guilty of a misdemeanor, and upon conviction thereof shall be fined not more than five hundred dollars